Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff MICHELLE LEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LEE, | Case No.: 2:14-CV-01270-EFB |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Michelle Lee ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to December 29, 2014; and that Defendant shall have until January 28, 2015, to file his opposition.  Any reply by plaintiff will be due February 18, 2015.

-1-

An extension of time is needed because Plaintiff's Counsel's Spouse undergoes chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and continues to progress there and in her lungs, throat, and spine which required recent hospitalization to treat.  Counsel requires the additional time to file the motion for summary judgment to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: October 31, 2014          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff MICHELLE LEE

DATED:  October 31, 2014        BENJAMIN WAGNER
United States Attorney


\*/S/- Michael K. Marriott

_____
Michael K. Marriott
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including December 29, 2014, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to January 28,
4 2015 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be
5 due February 18, 2015.
6   IT IS SO ORDERED.
7 DATED:  November 3, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE