Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  MICHELLE LEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LEE, | Case No.: 2:14-CV-01270-EFB |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Michelle Lee ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to February 3, 2015; and that Defendant shall have until March 5, 2015, to file his opposition.  Any reply by plaintiff will be due March 26, 2015.

-1-

1  An extension of time for plaintiff is needed in order to properly address the
2  issues within the administrative record.  Counsel sincerely apologizes to the court
3  for any inconvenience this may have had upon it or its staff.

4

5  DATE: January 6, 2015          Respectfully submitted,

6                                 LAW OFFICES OF LAWRENCE D. ROHLFING

7                                         /s/ *Steven G. Rosales*
                                   BY: _____
8                                  Steven G. Rosales
                                   Attorney for plaintiff MICHELLE LEE
9

10 DATED:  January 6, 2015         BENJAMIN WAGNER
                                   United States Attorney
11

12
                                   */S/- Michael K. Marriott
13

14                                 _____
                                   Michael K. Marriott
15                                 Special Assistant United States Attorney
                                   Attorney for Defendant
16                                 [*Via email authorization]

17

18

19

20

21

22

23

24

25

26

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2   and including February 3, 2015, in which to file Plaintiff's Motion for Summary
3   Judgment or Remand; Defendant may have an extension of time to March 5, 2015
4   to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due
5   March 26, 2015.
6       IT IS SO ORDERED.
7   DATED:  January 7, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE